# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DWAYNE TURNER, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:15-cv-02897-SCJ |
| v. | ) |
| TASMAN EYE CONSULTANTS, P.C. and DR. STUART TASMAN, | ) |
| Defendants. | ) |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Dwayne Turner and Defendants Tasman Eye Consultants, P.C. and Dr. Stuart Tasman filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' motion is **GRANTED**.

It is, therefore, **ORDERED** that parties' settlement agreement is **APPROVED** and this action is dismissed **WITH PREJUDICE** except that the Court expressly retains jurisdiction to enforce the settlement which has been

1

approved by the Court.  See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S. Ct. 1673 (1994).  Each party shall bear its or his own costs and expenses.

SIGNED THIS  20th DAY OF October, 2015.

  s/Steve C. Jones
The Honorable Steve C. Jones
District Court Judge, Northern District of Georgia